NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILLUMINA, INC., SEQUENOM, INC.,**
*Plaintiffs-Appellants*

**v.**

**ARIOSA DIAGNOSTICS, INC., ROCHE SEQUENCING SOLUTIONS, INC., ROCHE MOLECULAR SYSTEMS, INC.,**
*Defendants-Appellees*

---

2019-1419

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-02847-SI, Senior Judge Susan Y. Illston.

---

## ON PETITION FOR PANEL REHEARING

---

Before LOURIE, MOORE, and REYNA, *Circuit Judges.*

PER CURIAM.

## O R D E R

Appellees Ariosa Diagnostics, Inc., Roche Molecular Systems, Inc. and Roche Sequencing Solutions, Inc. filed a

combined petition for panel rehearing and rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is granted to the extent that the previous precedential opinion and judgment issued March 17, 2020, are withdrawn and replaced with the modified precedential opinion and judgment accompanying this order.

FOR THE COURT

August 3, 2020                    /s/ Peter R. Marksteiner
     Date                          Peter R. Marksteiner
                                   Clerk of Court